437 A.2d 934

**Joseph H. REITER, Appellant**

v.

**DEPARTMENT OF JUSTICE OF PENNSYLVANIA and Governor of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1981.

Decided Dec. 17, 1981.

Harry D. Shargel, Philadelphia, for appellant.

Susan J. Forney, Deputy Atty. Gen., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Order affirmed.

WILKINSON, J., did not participate in the consideration or decision of this case.